■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, as Subrogee of David Waithe, Respondent, v DANURBU LAMA SHERPA, Appellant. [989 NYS2d 376]—

In a subrogation action to recover benefits paid by the plaintiff under a policy of insurance, the defendant appeals from an order of the Supreme Court, Queens County (McDonald, J.), entered April 30, 2013, which denied his motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly concluded that the defendant failed to demonstrate, prima facie, that the plaintiff lacks standing to maintain this action as the subrogee of its insured (see 11 NYCRR 60-2.3; *Cashel v Cashel*, 94 AD3d 684, 688 [2012]; *Menorah Nursing Home v Zukov*, 153 AD2d 13, 17-18 [1989]). Thus, the court properly denied that branch of the defendant's motion which was for summary judgment dismissing the complaint based on lack of standing.

The Supreme Court properly denied, as premature, that branch of the defendant's motion which was for summary judgment dismissing the complaint on the issue of liability (see CPLR 3212 [f]; *Aurora Loan Servs., LLC v LaMattina & Assoc., Inc.*, 59 AD3d 578 [2009]; *Juseinoski v New York Hosp. Med. Ctr. of Queens*, 29 AD3d 636, 637 [2006]).

The defendant's remaining contention is without merit. Skelos, J.P., Chambers, Lott and Duffy, JJ., concur.